JOHNSON *v.* MCDANIEL.

</div>

BECK, J.  1. Where a landlord sold to a tenant certain mules and wagons and supplies in the month of November, 1909, the tenant giving his notes for the purchase-price of such articles, and the articles were furnished to the tenant for the purpose of making a crop upon the lands rented to him by the landlord for and during the year 1910, the landlord

had a lien upon the crops raised by the tenant during the year 1910, under the provisions of § 3348 of the Code, and the lien could be enforced in the manner provided in § 3366 of the Code.

2. There was sufficient evidence to authorize the jury to find that the tenant, the plaintiff in error here, was a resident of Walton county at the time of the foreclosure of the landlord's lien in that county.

3. Grounds of the motion for a new trial not argued in the brief of counsel for plaintiff in error are treated as abandoned.

*Judgment affirmed. All the Justices concur.*
MAY 16, 1912.

Lien foreclosure. Before Judge Brand. Walton superior court. April 29, 1911.

Counsel cited *Parks* v. *Simpson,* 124 *Ga.* 523, 524, and cit.; *Cochran* v. *Waites,* 127 *Ga.* 93; Brown v. Anderson, 77 Cal. 238; 30 Am. & Eng. Enc. L. 1308.

*W. O. Dean,* for plaintiff in error. *G. A. Johns,* contra.